**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PRESTON L. JACKSON, III ,

        Plaintiff,

v.                                                    Case No:  6:16-cv-753-Orl-40KRS

MATTHEW BOOTH, UNKNOWN
OFFICER and JENNIFER MITCHELL,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) filed on May 2, 2016 and (Doc. 7) filed on May 26, 2016. The United States Magistrate Judge has submitted a report and recommendation.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 6, 2016 (Doc. 8), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **DISMISSED with prejudice** as to Plaintiff's § 1983 claims.

3. The case is **DISMISSED without prejudice** as to Plaintiff's state law negligence claim.

4.     The Clerk is **DIRECTED** to **TERMINATE** Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) and Plaintiff's Amended Motion for Leave to Proceed *in forma pauperis* (Doc. 7).

5.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 27, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties